IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CARNESA R. GILES**                                                 **PLAINTIFF**

v.                       **No. 4:13-cv-311-DPM**

**PRIMELENDING,**
**A PlainsCapital Company**                              **DEFENDANT**

### ORDER

The Court notes the parties' stipulation, № 2, and extends Defendant's time to file a responsive pleading until 11 October 2013. Local Rule 6.2(a).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

26 September 2013