IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CARNESA R. GILES**                                                          **PLAINTIFF**

v.                                     No. 4:13-cv-311-DPM

**PRIMELENDING,**
**a PlainsCapital Company**                                          **DEFENDANT**

### ORDER

The parties' joint motion to stay the case and arbitrate the dispute, № 5, is granted. Status report due 3 February 2014, and every 3 months thereafter. It's fine if the parties want to resolve the case by arbitration rather than litigation. But they need to move forward immediately and keep the Court posted.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

15 October 2013