IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CARNESA R. GILES                                                       PLAINTIFF

v.                               No. 4:13-cv-311-DPM

PRIMELENDING,
a PlainsCapital Company                                DEFENDANT

### ORDER

The Court notes and appreciates the parties' joint status report. The parties' obligation to file future reports is suspended. The case is administratively terminated. Any party may move to re-open to confirm or challenge any arbitration decision. If no action has been requested by 1 December 2014, then the Court will reopen and dismiss the complaint without prejudice.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

5 February 2014