IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CARNESA R. GILES**                                                                 **PLAINTIFF**

v.                    No. 4:13-cv-311-DPM

**PRIMELENDING,**
**A PlainsCapital Company**                             **DEFENDANT**

### ORDER

Joint motion to dismiss, № 9, granted. FED. R. CIV. P. 41(a)(2). Giles's complaint is dismissed with prejudice.

So Ordered.

*W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

12 June 2013