IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CARNESA R. GILES                                                           PLAINTIFF

v.                              No. 4:13-cv-311-DPM

PRIMELENDING,
A PlainsCapital Company                                                  DEFENDANT

JUDGMENT

Giles's complaint is dismissed with prejudice.

*D.P. Marshall Jr.* (signature)
D.P. Marshall Jr.
United States District Judge

12 June 2013